# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **TIMOTHY M. MILLER II,** | : | |
| | : | |
| Plaintiff, | : | Case No. 2:21-cv-4744 |
| | : | |
| vs. | : | JUDGE WATSON |
| | : | |
| **SBK DELIVERY, LLC,** | : | MAGISTRATE JUDGE DEAVERS |
| | : | |
| Defendant. | : | |
| | : | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

By agreement of Plaintiff Timothy M. Miller II ("Plaintiff") and Defendant SBK Delivery, LLC ("Defendant") (together the "Parties"), all claims against Defendant in the within action are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). All Parties to bear their own costs.

Respectfully submitted,

| | |
|---|---|
| /s/*Rhiannon M. Herbert* | /s/ *Emily J. Lewis (per email auth.)* |
| Greg R. Mansell (0085197) | Emily J. Lewis (0037300) |
| *Greg@MansellLawLLC.com* | **Law Offices of Emily Lewis, LLC** |
| Rhiannon M. Herbert (0098737) | 5650 Blazer Parkway, Suite 100 |
| *Rhiannon@MansellLawLLC.com* | Dublin, OH 43017 |
| **MANSELL LAW, LLC** | Ph: 614-734-6270 |
| 1457 S. High St. | *ejl@elewislaw.com* |
| Columbus, OH 43207 | *Counsel for Defendant* |
| Ph: 614-515-2885 | |
| Fax: 614-547-3614 | |
| *Counsel for Plaintiff* | |

- 2 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 3rd day of September 2025, a copy of the foregoing was filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF system.

                                                        */s/ Rhiannon M. Herbert*
                                                        Rhiannon M. Herbert (0098737)